# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

**JUL 0 2 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff: Keisha S. Smith )
)
)
)
V. )
)
Defendant: Homeland Security
and all

**Case number**

**Judge**

**Magistrate**

1:25-cv-07596
Judge Martha M. Pacold
Magistrate Judge Keri L. Holleb Hotaling
RANDOM / Cat. 2

## COMPLAINT

On Tuesday around 12:00 pm three people showed up at One Promise Land located at 18810 Cicero Ave. in Country Club Hills, Illinois. Special Agents Holden Wegner, Gerome Cheeks, and Natalie Merucci- Judy. I was presented with a summons that I had been indicted by the United States of America. Agent Gerome Cheek stated that Jason Cox was the previous investigator.

Jason Cox headed an "investigation" around May 2021. Jason Cox which presented himself as a investigator with Homeland Security along with Brett Lenhert which presented himself to be an investigator with Small Business Administration

I'd been previously told by US attorney Mary K. McClelland that my "problem wasn't with the US government, the problem is with the banks". In May of 2021 I called the office of DOJ and spoke directly with Mary K. Kathleen. I also spoke with SBA attorney Kate Mc Loughlin. Both attorneys confirmed what Tyler Boyle of Fifth Third Bank Financial Crimes stated. Neither of the three organizations were investigating me or my businesses. The Department of Justice, Small Business Administration, and Fifth Third Bank all stated on recorded lines that I wasn't being audited and neither was any one of the organizations conducting an investigation on me or my businesses.

I spoke with the alleged SBA OIG investigator Brett Lehnert and alleged Investigator of Homeland Security Jason Cox which refused to speak with me after the U.S. attorney Mary K. McClleland gave permission to speak with me because " her problem isn't with us, her problem is with the banks" is direct dialogue conveyed also to my former attorney Kevin G. Drendel. The conversations between both attorneys conveyed that there was no investigation personal or business.
Kevin G. Drendel connected with attorney Thomas M. Linenweber who was referred by attorney Linda Stowell and stated " she has a discrimination case".

I spoke with auditors from each organization and the banks which stated there was no relationship to any investigation personal or business. I filed several complaints and they all led to the consistent facts that there were no audits or investigations.

Tyler Boyle concluded his investigation and stated that it was never the bank which was investigating me. This was all a conspiracy to keep me from running for political office as I'm now running for political office.

Homeland Security has continued on this quest to file false charges and has presented an indictment of false information from past to present. The investigations from past to present were part of a contract against my name and reputation.

Charles White of SBA stated this was " uncharted territory" There was false information passed through to my family and friends that I had mishandled government funds. There were no real audits or investigations performed.

Former attorney Kevin G. Drendel and Thomas M. Leinenweber who stated " he knows people in banking" were all part of the plot. I encouraged a judicial remedy as they shared my options since there was no information or validity to any claim. Both attorneys told me to wait and not to pursue anything legally.

I pursued my own investigations which concluded from SBA and Department of Justus that there was never an investigation of any sort and the Small Business Administration stated the same and spoke with me " consider this entire situation closed numbers cause this isn't our investigation or audit" Same as with the banks. Homeland Security gave false information to my

former employees alleging that I used their social security numbers and was operating underhandedly. There was never any case to start with. I was accused of using my employees' social security numbers for fraudulent unemployment benefits.

Homeland Security has done the following: 1.Falsify documents, 2.Committed Fraud, 3. Racketeering Influenced Corrupt Organizations, 4.Deceptive Practices, 5.Slander, 6.Defamation of Character, 7.False Claims, 8. Harassment, 9. racial profiling, 10. Racial Discrimination, 11. Conspiracy to Commit Murder, 12. Aiding and Abetting Bank Fraud, 13. Civil and Human Rights Deprivation, 14.Espionage, 15. Human Trafficking, 16.Organized Crime, 17. Public Corruption, and 18, Entrapment,

The Special Agents are under fictitious names and badges issued and illegally allowed by the federal government as " federally regulated individuals". Their names as well as their positions are illegal and the tactics influenced and carried out as Espionage and illegal human and soul trafficking.